# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

KAYLA R. BELT and SEAN D. CROSS,

        Plaintiffs,

v.

JEAN ABEL, TIFFANY HALL, MARGARET DREES, and BRET COPELAND,

        Defendants.

Case No. 19-CV-1899-JPS

**ORDER**

Plaintiffs filed this action on December 30, 2019. (Docket #1). Because Plaintiffs sought leave to proceed without prepayment of the filing fee, their complaint was subject to screening. *See* (Docket #2 and #3); 28 U.S.C. § 1915(e)(2). The next day, Magistrate Judge Nancy Joseph issued a report and recommendation on the matter of screening Plaintiffs' complaint. (Docket #4). She concluded that Plaintiffs' failed to state any viable claims for relief against any of the defendants. *Id.* Magistrate Judge Joseph accordingly recommended that the action be dismissed. *Id.*

In her recommendation, Magistrate Judge Joseph informed Plaintiffs that, pursuant to 28 U.S.C. § 636(b)(1)(B) and (C), Federal Rule of Civil Procedure 72(b)(2), and General Local Rule 72(c), they had fourteen days to file an objection to the recommendation. *Id.* at 5–6. That deadline has passed and the Court has received no objection from Plaintiffs.[1] Having received

---

[1] The only filings from Plaintiff since the recommendation was issued are some magistrate judge consent forms, (Docket #6 and #7), and a letter regarding

no objection thereto, and in full agreement with Magistrate Judge Joseph's analysis and conclusions therein, the Court will adopt the recommendation. This action will be dismissed with prejudice for failure to state any viable claims for relief.

Accordingly,

**IT IS ORDERED** that Magistrate Judge Nancy Joseph's December 31, 2019 Report and Recommendation (Docket #4) be and the same is hereby **ADOPTED**; and

**IT IS FURTHER ORDERED** that this action be and the same is hereby **DISMISSED with prejudice**.

The Clerk of the Court is directed to enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 21st day of January, 2020.

BY THE COURT:

J. P. Stadtmueller
U.S. District Judge

---

Plaintiffs' substantive allegations which does not address the recommendation in any way, (Docket #8).